# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **TORQUOISE GADSON,**<br><br>**Plaintiff,**<br><br>v.<br><br>**SOUTHWEST CREDIT SYSTEMS, L.P.,**<br><br>**Defendant.** | **CIVIL ACTION NO.:** |

## SOUTHWEST CREDIT SYSTEMS, L.P.'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Southwest Credit Systems, L.P. ("SWC") hereby removes the subject action from the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Small Claims Court to the United States District Court for the Middle District of Florida on the following grounds:

1. Plaintiff, Torquoise Gadson instituted an action in the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Small Claims Court on December 22, 2022. A copy of the Complaint is attached hereto as **Exhibit A**.

2. SWC was served on December 29, 2022. Therefore, removal is timely.

3. Plaintiff's Complaint alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA").

4. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. §1331 since there is a federal question. This suit falls within the FDCPA which supplies the federal question.

5. Pursuant to 28 U.S.C. §1441, et seq., this cause may be removed from the Thirteenth

Judicial Circuit in and for Hillsborough County, Florida, Small Claims Court to the United States District Court for the Middle District of Florida.

6. Notice of this removal will promptly be filed with the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Small Claims Court and be served on all adverse parties.

7. Pursuant to 28 U.S.C. §1446(a), copies of all process, pleadings, orders and other papers filed in this action and obtained by Defendant are attached hereto and marked as composite **Exhibit A** and incorporated herein by reference.

WHEREFORE, Defendant Southwest Credit Systems, L.P., by counsel, removes the subject action from with the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Small Claims Court to the United States District Court for the Middle District of Florida.

January 19, 2023

Respectfully submitted by:

/s/ Sangeeta Spengler
**GOLDEN SCAZ GAGAIN, PLLC**
Sangeeta Spengler, Esquire
FBN: 0186864
1135 Marbella Plaza Drive
Tampa, FL 33619
Phone: 813-251-5500
Email: spspenger@gsgfirm.com
Attorneys for Defendant